# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| DAVID PELLETIER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Docket no. 2:15-cv-269-NT |
| SCOTT LANDRY, et al., | ) ) ) |
| Defendants | ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On August 25, 2015, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision. The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to de novo review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The action is hereby **DISMISSED** without prejudice.

**SO ORDERED**.

/s/ Nancy Torresen
United States Chief District Judge

Dated this 28th day of September, 2015.